HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
ADAN MAYORAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00184-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) ) | |
| MAYORAL ET AL | ) ) | Date: April 7, 2022 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Troy L. Nunley |

　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Alstyn Bennett and Cameron Desmond, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Adan Mayoral, and Shari Rusk, attorney for Jesus Luna, that the status hearing be continued to June 9, 2022 and that the Court exclude time pursuant to the Speedy Trial Act.

　　　Defense counsel desire additional time to consult with their client, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial. Government counsel indicated that she is about to disclose further discovery including several recordings, and defense counsel will need time to review them and discuss with their clients.

　　　Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence and the difficulties that the COVID-19 pandemic creates for effective client preparation and consultation.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 9, 2022, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 5, 2022

           HEATHER E. WILLIAMS
           Federal Defender

           */s/ Mia Crager*
           MIA CRAGER
           Assistant Federal Defender
           Attorney for Defendant
           ADAN MAYORAL

Dated: April 5, 2022

           */s/ Shari Rusk*
           SHARI RUSK
           Attorney for Defendant
           JESUS LUNA

Dated: April 5, 2022

           PHILLIP A. TALBERT
           United States Attorney

           */s/ Alstyn Bennett*
           ALSTYN BENNETT
           Assistant United States Attorney
           Attorney for Plaintiff

### **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 9, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 7, 2022 status conference shall be continued until June 9, 2022, at 9:30 a.m.

Dated: April 5, 2022

Troy L. Nunley
United States District Judge